**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

IHOP FRANCHISING, LLC, as                          Case No. 12-CV-518
Successor in interest to INTERNATIONAL
HOUSE OF PANCAKES, INC., and IHOP
PROPERTIES, LLC, as successor in
Interest to IHOP PROPERTIES, INC.,
            Plaintiff,

        v.

MARILU T. BOEGER, ERIN P. BOEGER,
TAGURA MANAGEMENT, INC.,
TAGURA MANAGEMENT RACINE, INC.,
TAGURA MANAGEMENT WEST DUBUQUE,
INC., TAGURA MANAGEMENT PLOVER, INC.,
TAGURA MANAGEMENT WAUSAU, INC.,
BRUNCH KITCHEN WAUSAU, INC., and
BRUNCH KITCHEN PLOVER, INC.,

            Defendants.

## JUDGMENT PURSUANT TO STIPULATION

Pursuant to and in accordance with the Stipulation for Entry of Judgment ("Stipulation")

entered into by and between Plaintiff, IHOP FRANCHISING, LLC, as successor in interest to

International House of Pancakes, Inc., and IHOP PROPERTIES, LLC, as successor in interest to

IHOP Properties, Inc. (collectively, "IHOP") and Defendants Brunch Kitchen Wausau, Inc. and

Brunch Kitchen Plover, Inc. (collectively "Brunch Kitchen"):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      Judgment is entered in favor of IHOP and against Brunch Kitchen in the amount

of One Hundred Thirty-Three Thousand, Three Hundred Eighty Dollars and Thirty-Eight Cents

($133,380.38) plus interest, costs, and attorneys' fees (the "Judgment Amount"); and

2.      Brunch Kitchen shall also pay IHOP's attorneys' fees and costs related to this

lawsuit, including any amounts to enforce the Stipulation for Entry of Judgment; and

3.      Interest shall accrue on all amounts owed to IHOP pursuant to 29 U.S.C. § 1961.

Dated this **28**th day of January, 2013.

                                        **BY THE COURT:**

                                        _Barbara B Crabb_
                                        Barbara B. Crabb, District Court Judge


Entered this _29th_ day of January, 2013.

                                        _Peter Oppeneer_
                                        Peter Oppeneer, Clerk of Court


                                        2