IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

IHOP FRANCHISING, LLC, as
Successor in interest to INTERNATIONAL
HOUSE OF PANCAKES, INC., and IHOP
PROPERTIES, LLC, as successor in
Interest to IHOP PROPERTIES, INC.,
    Plaintiff,

Case No. 12-CV-518

v.

MARILU T. BOEGER, ERIN P. BOEGER,
TAGURA MANAGEMENT, INC.,
TAGURA MANAGEMENT RACINE, INC.,
TAGURA MANAGEMENT WEST DUBUQUE,
INC., TAGURA MANAGEMENT PLOVER, INC.,
TAGURA MANAGEMENT WAUSAU, INC.,
BRUNCH KITCHEN WAUSAU, INC., and
BRUNCH KITCHEN PLOVER, INC.,

    Defendants.

## JUDGMENT PURSUANT TO STIPULATION

Pursuant to and in accordance with the Stipulation for Entry of Judgment ("Stipulation") entered into by and between Plaintiff, IHOP FRANCHISING, LLC, as successor in interest to International House of Pancakes, Inc., and IHOP PROPERTIES, LLC, as successor in interest to IHOP Properties, Inc. (collectively, "IHOP") and Defendants Brunch Kitchen Wausau, Inc. and Brunch Kitchen Plover, Inc. (collectively "Brunch Kitchen"):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    Judgment is entered in favor of IHOP and against Brunch Kitchen in the amount of One Hundred Thirty-Three Thousand, Three Hundred Eighty Dollars and Thirty-Eight Cents ($133,380.38) plus interest, costs, and attorneys' fees (the "Judgment Amount"); and

    2.    Brunch Kitchen shall also pay IHOP's attorneys' fees and costs related to this lawsuit, including any amounts to enforce the Stipulation for Entry of Judgment; and

3. Interest shall accrue on all amounts owed to IHOP pursuant to 29 U.S.C. § 1961.

Dated this 28th day of January, 2013.

BY THE COURT:

Barbara B. Crabb, District Court Judge

Entered this 29th day of January, 2013.

Peter Oppeneer, Clerk of Court

2